# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**TIFFANY ZARLING,**
                      Plaintiff(s),        **RULE 16 TELEPHONE**
     v.                                      **SCHEDULING CONFERENCE**

**VILLAGE OF WINNECONNE**                      Case No. 21-C-1013
                          Defendant(s).

HONORABLE WILLIAM C. GRIESBACH presiding        Time Called: 9:59 a.m.
Proceeding Held: October 27, 2021                      Time Concluded: 10:03 a.m.
Deputy Clerk: Cheryl                                              Tape: 102721

## Appearances:

**Plaintiff(s)**: John D. Leppanen

**Defendant(s):** Mary E. Nelson

## Scheduling:

| | | | |
|---|---|---|---|
| Initial Disclosures: | 11/5/2021 | Dispositive Motions: | 6/1/2022 |
| Amended Pleadings: | 12/3/2021 | Final Pretrial Conference: | |
| Expert Disclosures (Plaintiff): | 2/7/2022 | ☐ Jury Trial or ☐ Court Trial: | |
| Expert Disclosures (Defendant): | 3/28/2022 | Trial Estimate: | |
| Rebuttal Disclosures: | | ☐ TC; ☐ SC; ☐ HRG set for: | |
| Discovery: | 5/2/2022 | | |

☐ Hearing dates entered on calendar

Ms. Nelson states that this is primarily a legal issue.
Mr. Leppanen states that there is a factual dispute as to whether Ms. Zarling is an emergency responder.
Mr. Leppanen states the trial date can be held open until there is more clarity as to whether a trial date is necessary.